UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AUTUMN (BRIAN) RUBINO,

Plaintiff,

v.

LACKAWANNA COUNTY, et al.,

Defendants.

: CIVIL ACTION NO. 3:18-CV-1211
:
: (JUDGE MARIANI)

**ORDER**

AND NOW, THIS 14th DAY OF JANUARY 2020, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendants', Correctional Care, Inc., and Edward Zaloga, D.O., Motion Pursuant to Fed. R. Civ. P. 11 to Preclude Physician Diagnosis of Gender Dysphoria (Doc. 42) is **DENIED**.

Robert D. Mariani
United States District Judge